UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------- X
                                              :

MICHELLE BILELLO et al.,                   :
                                              :
                   Plaintiffs,       :
                -v-                       :             20-CV-4770 (JMF)
                                                :

ESTEE LAUDER, INC. et al.,           :
                                              :
                   Defendants.      :
                                              :

-------------------------------------------------------------------------- :
                                              :

KATHY L. GANDY et al.,             :
                                              :             20-CV-5779 (JMF)
                   Plaintiffs,       :
                -v-                       :
                                              :                   ORDER
ESTEE LAUDER, INC. et al.,           :
                                              :
                   Defendants.      :
                                              :

-------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

        On June 23, 2020, Plaintiff Michelle Bilello filed a Complaint in 20-CV-4770.  *See* 20-CV-4770, Docket No. 1.  On July 24, 2020, Plaintiff Kathy L. Gandy filed a similar Complaint in 20-CV-5779.  *See* 20-CV-5779, Docket No. 1.  As of this Order, no motion for consolidation has been filed, but 20-CV-5779 has been accepted by the Court as related to 20-CV-4770, and the cases appear to involve common questions of law and fact.

        The Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes.  Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **August 10, 2020**. If no party files a letter opposing consolidation, the Court will consolidate the two cases without further notice to the parties.

        The Clerk of Court is directed to file this Order in both 20-CV-4770 and 20-CV-5779.

        SO ORDERED.

Dated: July 27, 2020
       New York, New York                                        
_____
                                                            JESSE M. FURMAN
                                          United States District Judge