UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
          :
MICHELLE BILLELO, *individually and on behalf of all*  :
*others similarly situated*, et al.          :
          :
          Plaintiffs,      :      20-CV-4770 (JMF)
          :
        -v-      :      ORDER
          :
ESTEE LAUDER INC. et al.,        :
          :
         Defendants.     :
          :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      For avoidance of doubt: Although the parties submitted a joint letter and proposed case management plan in anticipation of the conference that was previously scheduled for October 6, 2020, *see* ECF No. 24, they should resubmit a new joint letter and proposed case management plan by the Thursday before the new December 17, 2020 conference date (with updated proposed deadlines etc.), in accordance with the Court's order of June 23, 2020, ECF No. 6.

      SO ORDERED.

Dated: October 2, 2020
      New York, New York                             JESSE M. FURMAN
                                                    United States District Judge