# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMANUELE CAROLEO, <br><br> Plaintiff, <br><br> v. <br><br> ESTEE LAUDER, INC., et al. <br><br> Defendants. | CIVIL ACTION NO.: <br><br> 20-cv-4770 (JMF) <br><br> **MOTION FOR ADMISSION** <br> ***PRO HAC VICE*** |
| KATHY L. GANDY, et al., <br><br> Plaintiff, <br><br> v. <br><br> ESTEE LAUDER, INC., et al. <br><br> Defendants. | CIVIL ACTION NO.: <br><br> 20-cv-5779 (JMF) <br><br> **Hon. Jennifer L. Rochon** |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, James A. Wells hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Emanuele Caroleo, individually and on behalf of all others similarly situated, Plaintiffs, in the above-captioned action.

I am in good standing of the bar of Pennsylvania and there are no pending proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 5/30/23                                      Respectfully Submitted,


Applicant Signature:

Applicant's Name: James A. Wells
Firm Name: Capozzi Adler, P.C.
Address: 312 Old Lancaster Road
City/State/Zip: Merion Station, PA 19066
Telephone/Fax: (610) 890-0200/(717) 233-4103
Email: Jayw@capozziadler.com