UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MICHELLE BILELLO et al.,                                           :
                          Plaintiffs,                :
:          20-CV-4770 (JMF)
         -v-                                                     :
:          <u>ORDER</u>
ESTEE LAUDER, INC., et al.                                         :
                          Defendants.                :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On January 6, 2021, Plaintiffs filed a redacted memorandum of law in opposition to Defendants' motion to dismiss, ECF No. 39, and simultaneously emailed an unredacted copy to the Court. Plaintiffs are reminded that all redacted and/or sealed filings must comply with Rule 7 of the Court's Individual Rules and Practices in Civil Cases and the S.D.N.Y. ECF Rules and Instructions. In particular, except for the limited exceptions described in Rule 7(A) of the Court's Individual Rules, **the parties may not file anything in sealed or redacted form without seeking and obtaining leave from the Court**. Here, the redactions in Defendants' moving papers were not accompanied by a letter-motion to seal as required by the Court's Individual Rules and the Southern District's ECF Rules & Instructions. (In addition, the unredacted copy filed with the Court via email did not include highlights of the proposed redactions as described in Rule 7(C)(iii)-(iv).) No later than **January 11, 2021**, Plaintiffs shall file an appropriate letter motion in accordance with the Court's Individual Rules and Practices.

       In addition, although the Court, in its December 8, 2020 order, directed the moving party to provide courtesy hard copies of the motion papers at the time any reply is served, ECF No. 34, Defendants are RELIEVED of that obligation in light of the pandemic conditions surrounding COVID-19.

       SO ORDERED.

Dated: January 8, 2021                                 _____
      New York, New York                           JESSE M. FURMAN
                                                   United States District Judge