UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAR YEE S. LAW, EMANUELE CAROLEO and PALMER MCGUINNESS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>ESTEE LAUDER, INC., THE BOARD OF DIRECTORS OF ESTEE LAUDER INC., ESTEE LAUDER INC. FIDUCIARY INVESTMENT COMMITTEE and JOHN DOES 1-30<br><br>Defendants | CIVIL ACTION NO.:<br><br>20-cv-4770 (JLR) |
| KATHY L. GANDY, et al.,<br><br>Plaintiffs<br><br>v.<br><br>ESTEE LAUDER, INC., et al.<br><br>Defendants | CIVIL ACTION NO.:<br><br>20-cv-5779 (JMF)<br><br>**The Honorable Jennifer L. Rochon** |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Phillip C. Thompson of Jackson Lewis P.C., hereby move this Court for an Order for admission to practice *Pro Hac Vice* as counsel for Defendants Estée Lauder Inc., the Board of Directors of Estée Lauder Inc. (the "Board"), and Estée Lauder Inc. Fiduciary Investment Committee (the "Committee") (collectively, the "Entity Defendants") in the above-captioned action.

I am in good standing of the bar of the State of Kansas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I have attached the affidavit pursuant to Local Rule 1.3, as well as a certificate of good standing from the Kansas Supreme Court.

Dated: July 20, 2023

                                                Respectfully submitted,

By: /s/ Phillip C. Thompson
Phillip C. Thompson
Phillip.Thompson@jacksonlewis.com
**JACKSON LEWIS P.C.**
7101 College Blvd., Suite 1200
Overland Park, KS 66210
Telephone: (913) 981-1018