Louis J. Capozzi, Jr., Esquire*
Daniel K. Natirboff, Esquire
Donald R. Reavey, Esquire
Craig I. Adler, Esquire**
Andrew R. Eisemann, Esquire***
Mark Gyandoh, Esquire**
Bruce G. Baron, Esquire
Brandon S. Williams, Esquire
Nicholas J. Luciano, Esquire
Daniel Sullivan, Esquire*****
Corey S. Smith, Esquire****
Peter J. Carfley, Esquire
Lisa W. Basial, Esquire
Garrett H. Rothman, Esquire, of Counsel
Donna M. Desfor, Esquire, of Counsel
Timothy T. Ziegler, Sr. Reimb. Analyst
Karen L. Fisher, Paralegal
Linda Gussler, Paralegal
Kelly A. Galski, Paralegal
Amanda L. Rodriguez, Paralegal
*(Licensed in PA, NJ, and MD)
**(Licensed in PA and NJ)
***(Licensed in PA and NY)
**** (Licensed in PA and WA)
***** (Licensed in PA, NJ, and NY)



**Primary Office:**
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile: (717) 233-4103

**Mid-Penn Abstract Company:**
355 N. 21st Street, Suite 205
Camp Hill, PA 17011
Telephone: (717) 234-3289
Facsimile: (717) 234-1670

**Philadelphia Office:**
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103

www.capozziadler.com

January 8, 2021

**VIA ECF**

Hon. Jesse M. Furman
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square
Courtroom 1105
New York, New York 10007

    Re:   *Bilello et al. v. Estee Lauder, Inc. et al.*, **No. 20-CV-4770 (JMF)**
            *Gandy et al. v. Estee Lauder, Inc. et al.*, **No. 20-CV-5779 (JMF)**

Dear Judge Furman:

    Our firm represents the Plaintiffs in connection with the above-referenced matter. Pursuant to Section 7(c)(ii) of the Court's Individual Practices in Civil Cases, Section 6 of SDNY's Electronic Case Filing Rules & Instructions, and the Court's Order of January 8 2021, Plaintiffs respectfully submit this Letter Motion to Seal to allow Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss filed January 6, 2021, to remain sealed in its unredacted form (ECF No. 39) on the Court's docket.

    Plaintiffs have filed the above document in redacted form because it contains proprietary information regarding the amount The Estee Lauder Companies 401(k) Savings Plan ("Plan") paid in recordkeeping fees to Aon Hewitt and/or Alight Solutions ("Alight"), the Plan's recordkeeper.

    On December 10, 2020, Defendants filed a similar letter motion requesting this Court grant leave to file Defendants' Memorandum of Law in Support of its Motion to Dismiss (ECF No. 35) and Exhibit 15 attached to the Declaration of René E. Thorne (ECF No. 31-15) to remain publicly available in redacted form, and to remain sealed in its unredacted form (ECF Nos. 32 and 33) on the Court's docket. Per the December 10, 2020 Letter Motion to Seal, "Defendants' sought Alight's consent to

Hon. Jesse M. Furman
January 8, 2021
Page 2

publicly disclose the amount of the recordkeeping fee […] Alight declined to consent." On December 11, 2020, this Court issued an Order temporarily granting the Defendants' Letter Motion to Seal and requiring Aon Hewitt or Alight to file a letter explaining the basis as to why the documents should remain sealed or redacted (ECF No. 38).

On December 21, 2020, non-party Alight submitted a letter requesting that the Court maintain the redaction or sealing of Alight's pricing in order to protect its confidential, proprietary, and sensitive information as "[d]isclosure of such information would cause irreparable harm to Alight in regard to its competitors and clients, which outweighs any interest in public access to the information." On December 22, 2020, this Court issued an Order that the respective documents will remain in redacted form for now with the Court evaluating whether to maintain them permanently when deciding the underlying motion. (ECF No. 38).

The information Plaintiffs seek to redact or file under seal in Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss filed January 6, 2021 contains the same confidential, proprietary, and sensitive information at issue in the December 10, 2020 Letter Motion of Defendants: the amount of recordkeeping fees paid by the Plan to Alight.

Accordingly, Plaintiffs respectfully request that the Court grant this request, which would allow them to respond appropriately to Defendants' Motion to Dismiss without compromising confidential, proprietary, and sensitive information.

<div style="margin-left: 3em;">
Respectfully submitted,

**CAPOZZI ADLER, P.C.**

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh, Esquire
</div>

Enclosure
cc:  All counsel of record (via ECF)

Application GRANTED on a temporary basis. The Court will evaluate whether to whether to maintain the redactions on a permanent basis when deciding the underlying motion. The Clerk of Court is directed to terminate ECF No. 44.
SO ORDERED.

January 11, 2021