# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MICHELLE BILELLO, et al., | ) | **CIVIL ACTION NO:** |
| | ) | |
| Plaintiffs, | ) | 20-cv-4770 (JMF) |
| | ) | |
| v. | ) | |
| | ) | |
| ESTEE LAUDER, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | **CIVIL ACTION NO.:** |
| | ) | |
| KATHY L. GANDY, et al., | ) | 20-cv-5779 (JMF) |
| | ) | |
| Plaintiffs, | ) | **Hon. Jesse M. Furman** |
| | ) | |
| v. | ) | |
| | ) | |
| ESTEE LAUDER, INC., et al. | ) | |
| | ) | |
| Defendants | ) | |

## ORDER

**AND NOW**, this 26th day of January, 2022, after considering the Plaintiffs' unopposed motion and memorandum of law to drop Michelle Bilello as a named plaintiff under Federal Rule of Civil Procedure 21 (Doc. No. 88); and the plaintiffs representing that the Defendants, Estee Lauder, Inc., the Board of Directors of Estee Lauder, Inc., and Estee Lauder, Inc. Fiduciary Committee, have consented to this motion, *see* Pls.' Unopposed Mot. and Mem. of Law to Drop Michelle Bilello as a Named Pl. Under Fed. R. Civ. P. 21 at 1, Doc. No. 88; accordingly, it is hereby **ORDERED** that the motion (Doc. No. 88) is **GRANTED**. The plaintiff, Michelle Bilello, is **DROPPED** as a plaintiff in this action pursuant to Federal Rule of Civil Procedure 21. The clerk of court shall **REMOVE** Michelle Bilello as a named plaintiff in this

action, and her name will be **REMOVED** from the caption in this matter. SO ORDERED.

BY THE COURT:

January 26, 2022
New York, New York

/s/ _____
JESSE M. FURMAN, J.