**Partners:**
Louis J. Capozzi, Jr., Esquire*
Daniel K. Natirboff, Esquire
Donald R. Reavey, Esquire
Craig I. Adler, Esquire**
Andrew R. Eisemann, Esquire***
Mark K. Gyandoh, Esquire**
Salomon V. Bagdadi, Esquire+
Jay A. Wells, Esquire

**Associate Attorneys:**
Bruce G. Baron, Esquire
Brandon S. Williams, Esquire
Nicholas J. Luciano, Esquire
Edward J. Bonett, Jr., Esquire
Thomas J. Sinclair, Esquire**

**Of Counsel:**
Garrett H. Rothman, Esquire
Donna M. Desfor, Esquire

**Paralegals:**
Karen L. Fisher, Senior Paralegal
Linda A. Gussler
Kelly A. Galski
Jessica L. Murphy

*(Licensed in PA, NJ, and MD)
**(Licensed in PA and NJ)
***(Licensed in PA and NY)
+ (Licensed in FL)
No symbol = licensed in PA only

www.capozziadler.com
info@capozziadler.com

# Capozzi Adler, P.C.
*Attorneys at Law*

March 1, 2023

<u>**VIA ECF**</u>
The Honorable Jennifer L. Rochon
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 20B
New York, New York 10007

      RE:    <u>*Kar Yee S. Law, et al. v. Estee Lauder, Inc., et al.; Civil Action No. 20-cv-4770 (JMF)*</u>

Dear Judge Rochon:

      This firm represents Plaintiffs, Kar Yee S. Law, Emanuele Caroleo and Palmer McGuinness, (collectively, "Plaintiffs") in the above-captioned matter. Plaintiffs, together with Defendants Estee Lauder, Inc., Board of Directors of Estee Lauder, Inc. and Estee Lauder, Inc. Fiduciary Investment Committee in this matter, stipulate to the dismissal of all claims of Plaintiffs Kar Yee S. Law and Palmer McGuinness with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This Stipulation of Dismissal applies only to Plaintiffs Law and McGuinness. Mr. Caroleo and Ms. Gandy will continue to prosecute this action on behalf of the certified class.

      Respectfully submitted,

*/s/ Donald R. Reavey*
Counsel for Plaintiffs

*/s/ René E. Thorne*
René E. Thorne, Esquire
Counsel for Defendants

*/s/ Eric Lechtzin*
Eric Lechtzin, Esquire
Counsel for Plaintiff

cc: All Counsel of Record (via ECF)

SO ORDERED:

Dated:  March 2, 2023
         New York, New York

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

**Main Office**
2933 North Front Street
Harrisburg, PA 17110
Ph: (717) 233-4101
Fax: (717) 233-4103

**Real Estate & Title Co. Office**
355 N. 21st Street, Suite 205
Camp Hill, PA 17011
Ph: (717) 234-3289
Fax: (717) 234-1670

**Philadelphia Office**
312 Old Lancaster Road
Merion Station, PA 19066
Ph: (610) 890-0200
Fax: (717) 233-4103

**Florida Office &
Straight Line Title Services LLC**
323 Sunny Isles Blvd, Suite 508
Sunny Isles Beach, FL 33160
Ph: (717) 234-3289