**Partners:**
Louis J. Capozzi, Jr., Esquire*
Daniel K. Natirboff, Esquire
Donald R. Reavey, Esquire
Craig I. Adler, Esquire**
Andrew R. Eisemann, Esquire***
Mark K. Gyandoh, Esquire**
Salomon V. Bagdadi, Esquire+
Jay A. Wells, Esquire

**Associate Attorneys:**
Bruce G. Baron, Esquire
Brandon S. Williams, Esquire
Nicholas J. Luciano, Esquire
Gabrielle P. Kelerchian, Esquire**
Edward J. Bonett, Esquire
Vincent M. Monfredo, Esquire

**Of Counsel:**
Garrett H. Rothman, Esquire
Donna M. Desfor, Esquire

**Paralegals:**
Karen L. Fisher, Senior Paralegal
Linda A. Gussler
Kelly A. Galski
Lauren J. Phillips
Jessica L. Murphy

*(Licensed in PA, NJ, and MD)
**(Licensed in PA and NJ)
***(Licensed in PA and NY)
+ (Licensed in FL)
No symbol = licensed in PA only

www.capozziadler.com
info@capozziadler.com

# Capozzi Adler, P.C.
*Attorneys at Law*

July 12, 2023

<u>VIA ECF</u>

Hon. Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007

> Re: *Bilello, et al. v. Estee Lauder, Inc. et al.*,
> No. 1:20-CV-4770-JMF (S.D.N.Y.)

Dear Judge Rochon:

Our firm represents the Plaintiffs in the above-referenced matter. Pursuant to the Court's Individual Rules of Practice in Civil Cases, Section 2(B), I write on behalf of the Parties to inform the Court of the attorneys who will participate in the remote video conference scheduled for July 13, 2023 at 4:00 p.m., pursuant to this Court's Order (ECF No. 137) dated July 11, 2023.

<u>Participants for Plaintiffs</u>:
Mark K. Gyandoh          markg@capozziadler.com
Eric Lechtzin            elechtzin@edelson-law.com

<u>Participants for Defendants</u>:
René Thorne              rene.thorne@jacksonlewis.com

Respectfully submitted,

**CAPOZZI ADLER, P.C.**

*/s/ Mark K. Gyandoh*

Enclosure
cc:  All counsel of record (via ECF)

**Main Office**
2933 North Front Street
Harrisburg, PA 17110
Ph: (717) 233-4101
Fax: (717) 233-4103

**Real Estate & Title Co. Office**
355 N. 21st Street, Suite 205
Camp Hill, PA 17011
Ph: (717) 234-3289
Fax: (717) 234-1670

**Philadelphia Office**
312 Old Lancaster Road
Merion Station, PA 19066
Ph: (610) 890-0200
Fax: (717) 233-4103

**Florida Office &
Straight Line Title Services LLC**
323 Sunny Isles Blvd, Suite 508
Sunny Isles Beach, FL 33160
Ph: (717) 234-3289