UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE BILELLO, et al.,<br><br>        Plaintiffs,<br><br>   -against-<br><br>ESTEE LAUDER, INC., et al,<br><br>        Defendants. | 1:20-cv-04770 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  WHEREAS the parties report that they have reached a settlement in principle and propose submitting a motion to the Court for preliminary approval of their settlement under Federal Rule of Civil Procedure 23.  ECF No. 145.

  IT IS HEREBY ORDERED that the post-discovery pretrial conference scheduled for October 12, 2023 is adjourned, along with all existing deadlines in this action.

  IT IS FURTHER ORDERED that the parties shall, by **September 18, 2023**, file their motion for preliminary approval of the settlement and all supporting papers addressed to Magistrate Judge Moses.

  IT IS FURTHER ORDERED that, by separate order today, the Court is referring this case to Magistrate Judge Moses for purposes of the parties' settlement, including the parties' anticipated motion for preliminary approval of the settlement and review of that settlement.

  IT IS FURTHER ORDERED that, to conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter now that the parties have reached a settlement, the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Magistrate Judge Moses.

If the parties consent to proceed before Magistrate Judge Moses, they must, **by September 1, 2023**, submit to the Court a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to the Order of Reference (and also available at https://nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge).  If the Court approves that form, all further proceedings will then be conducted before Magistrate Judge Moses rather than before this Court.  Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be from this Court if the consent form were not signed and so ordered.  An information sheet on proceedings before magistrate judges is also attached to the Order of Reference.

If any party does not consent to conducting all further proceedings before Magistrate Judge Moses, the parties must file a joint letter, **by September 1, 2023**, advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent**.  No adverse consequences will result from the withholding of that consent.

The Clerk of Court is respectfully directed to terminate ECF No. 145.

Dated: August 22, 2023
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge