**Partners:**
Louis J. Capozzi, Jr., Esquire*
Daniel K. Natirboff, Esquire
Donald R. Reavey, Esquire
Craig I. Adler, Esquire**
Andrew R. Eisemann, Esquire***
Mark K. Gyandoh, Esquire**
Salomon V. Bagdadi, Esquire+
Jay A. Wells, Esquire

**Associate Attorneys:**
Bruce G. Baron, Esquire
Brandon S. Williams, Esquire
Nicholas J. Luciano, Esquire
Gabrielle P. Kelerchian, Esquire**
Edward J. Bonett, Esquire
Vincent M. Monfredo, Esquire

# Capozzi Adler, P.C.
*Attorneys at Law*

**Of Counsel:**
Garrett H. Rothman, Esquire
Donna M. Desfor, Esquire

**Paralegals:**
Karen L. Fisher, Senior Paralegal
Linda A. Gussler
Kelly A. Galski
Lauren J. Phillips
Jessica L. Murphy

*(Licensed in PA, NJ, and MD)
**(Licensed in PA and NJ)
***(Licensed in PA and NY)
+ (Licensed in FL)
No symbol = licensed in PA only

www.capozziadler.com
info@capozziadler.com

September 1, 2023

**VIA ECF**
Hon. Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Bilello, et al. v. Estee Lauder Inc., et al.*
        No. 20-CV-4770 (JMF)

Dear Judge Rochon:

On behalf of Plaintiffs and Defendants (together, the "Parties"), we are writing to advise the Court that we do not consent to conduct all further proceedings before Magistrate Judge Moses (ECF 146).

Respectfully submitted,

Donald R. Reavey                                  René E. Thorne
**CAPOZZI ADLER, P.C.**                           **JACKSON LEWIS, P.C.**

*/s/ Donald R. Reavey*                            */s/ René E. Thorne*
Donald R. Reavey                                  René E. Thorne
                                                  *Counsel for Defendants*

Eric Lechtzin
**EDELSON LECHTZIN, LLP**

*/s/ Eric Lechtzin*
Eric Lechtzin
*Counsel for Plaintiffs*

Cc:  All Counsel of Record (via ECF)

**Main Office**
2933 North Front Street
Harrisburg, PA 17110
Ph: (717) 233-4101
Fax: (717) 233-4103

**Real Estate & Title Co. Office**
355 N. 21st Street, Suite 205
Camp Hill, PA 17011
Ph: (717) 234-3289
Fax: (717) 234-1670

**Philadelphia Office**
312 Old Lancaster Road
Merion Station, PA 19066
Ph: (610) 890-0200
Fax: (717) 233-4103

**Florida Office &
Straight Line Title Services LLC**
323 Sunny Isles Blvd, Suite 508
Sunny Isles Beach, FL 33160
Ph: (717) 234-3289