**Partners:**
Louis J. Capozzi, Jr., Esquire*
Daniel K. Natirboff, Esquire
Donald R. Reavey, Esquire
Craig I. Adler, Esquire**
Andrew R. Eisemann, Esquire***
Mark K. Gyandoh, Esquire**
Salomon V. Bagdadi, Esquire+
Jay A. Wells, Esquire

**Associate Attorneys:**
Bruce G. Baron, Esquire
Brandon S. Williams, Esquire
Nicholas J. Luciano, Esquire
Edward J. Bonett, Jr., Esquire
Thomas J. Sinclair, Esquire**

# Capozzi Adler, P.C.
### Attorneys at Law

**Of Counsel:**
Garrett H. Rothman, Esquire
Donna M. Desfor, Esquire

**Paralegals:**
Karen L. Fisher, Senior Paralegal
Linda A. Gussler
Kelly A. Galski
Jessica L. Murphy

*(Licensed in PA, NJ, and MD)
**(Licensed in PA and NJ)
***(Licensed in PA and NY)
+ (Licensed in FL)
No symbol = licensed in PA only

www.capozziadler.com
info@capozziadler.com

September 15, 2023

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Bilello, et al. v. Estee Lauder Inc., et al.*
No. 20-CV-4770 (JMF)

Dear Judge Rochon:

On behalf of the parties in this matter, I write the Court with a status report and to seek a one-week extension of time until September 25, 2023 for Plaintiffs to file their Motion for Preliminary Approval of the settlement in this matter.

Since the parties' last status report on August 21, 2023, they have been working diligently to finalize and execute the settlement agreement and file Plaintiffs' Motion for Preliminary Approval by September 18, 2023 as directed in the Court's August 22, 2023 Order (ECF No. 146). Plaintiffs sent a draft settlement agreement with several exhibits on August 31, 2023 to Defendants. The parties held a telephonic meet and confer on September 7, 2023 and Defendants sent their preliminary edits and comments on September 13, 2023. Plaintiffs sent back additional comments today to Defendants. Given the complexities of the settlement terms and documents, the parties need the requested additional time to allow for sufficient review and finalization of the settlement documents.

This is Plaintiffs' first request for an extension of time for Plaintiffs to file their Motion for Preliminary Approval. Defendants agree to this request.

Respectfully submitted,

*/s/ Mark K.*

**Main Office**
2933 North Front Street
Harrisburg, PA 17110
Ph: (717) 233-4101
Fax: (717) 233-4103

**Real Estate & Title Co. Office**
355 N. 21st Street, Suite 205
Camp Hill, PA 17011
Ph: (717) 234-3289
Fax: (717) 234-1670

**Philadelphia Office**
312 Old Lancaster Road
Merion Station, PA 19066
Ph: (610) 890-0200
Fax: (717) 233-4103

**Florida Office &
Straight Line Title Services LLC**
323 Sunny Isles Blvd, Suite 508
Sunny Isles Beach, FL 33160
Ph: (717) 234-3289

Hon. Jennifer L. Rochon
September 15, 2023
Page 2

                                       Mark K. Gyandoh, Esquire

cc: All Counsel of Record (via ECF)

SO ORDERED:

Dated: _____

                                       JENNIFER L. ROCHON
                                       United States District Judge