UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE BILELLO, KAR YEE S. LAW, EMANUELE CAROLEO and PALMER MCGUINNESS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>ESTEE LAUDER, INC., THE BOARD OF DIRECTORS OF ESTEE LAUDER INC., ESTEE LAUDER INC. FIDUCIARY INVESTMENT COMMITTEE and JOHN DOES 1-30<br><br>Defendants | CIVIL ACTION NO.:<br><br>20-cv-4770 (JMF) |
| KATHY L. GANDY, et al.,<br><br>Plaintiffs<br><br>v.<br><br>ESTEE LAUDER, INC., et al.<br><br>Defendants | CIVIL ACTION NO.:<br><br>20-cv-5779 (JMF)<br><br>**The Honorable Jennifer L. Rochon** |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL OF FORM AND MANNER OF CLASS NOTICE AND SCHEDULING OF FAIRNESS HEARING**

Named Plaintiffs Kathy Gandy and Emanuele Caroleo (collectively "Plaintiffs"), by and through their undersigned counsel on behalf of the Estee Lauder Companies 401(k) Savings Plan (the "Plan"), respectfully submit this Unopposed Motion for Preliminary Approval of Class Action Settlement Agreement entered into with Defendants[1] (the "Settlement" or "Settlement Agreement), Preliminary Approval of Class Notice, Approval of Plan of Allocation, and

---

[1] Defendants refer, collectively, to Estee Lauder Inc., ("Estee Lauder"), the Board of Directors of Estee Lauder Inc., and the Estee Lauder Inc. Fiduciary Investment Committee (The "Committee").

1

Scheduling of a Fairness Hearing ("Motion for Preliminary Approval") and respectfully move this Court for an Order granting the relief sought. The grounds for this motion are set forth in Plaintiffs and their Counsel's declarations and the memorandum of law in support of this motion, which are submitted herewith.

A Proposed Order is submitted herewith.

Dated: September 25, 2023

Respectfully submitted,

**CAPOZZI ADLER, P.C.**

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh, Esquire
(admitted *pro hac vice*)
312 Old Lancaster Road
Merion Station, PA 19066
Tel: (610) 890-0200
Fax (717) 233-4103
Email: markg@capozziadler.com

**CAPOZZI ADLER, P.C.**
Donald R. Reavey, Esquire
(admitted *pro hac vice*)
2933 North Front Street
Harrisburg, PA 17110
Tel.: (717) 233-4101
Fax (717) 233-4103
Email: donr@capozziadler.com

**EDELSON LECHTZIN LLP**
Eric Lechtzin, Esquire
Marc H. Edelson, Esquire
411 S. State Street, Suite N-300
Newtown, PA 18940
Telephone: (215) 867-2399
Email: elechtzin@edelson-law.com

*Attorneys for Plaintiffs, the Plan and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2023 a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

/s/ *Mark K. Gyandoh*
Mark K. Gyandoh