UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMANUELE CAROLEO, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) **CIVIL ACTION NO.**: |
| | ) |
| ESTEE LAUDER, INC, et al. | ) 20-cv-4770 (JLR)(BCM) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFFS' MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF
SETTLEMENT CLASS, AND APPROVAL OF PLAN OF ALLOCATION**

Plaintiffs Emanuele Caroleo and Kathy L. Gandy (collectively "Plaintiffs"), participants in the Estee Lauder Companies 401(k) Savings Plan (the "Plan"), hereby respectfully move this Court, pursuant to FED. R. CIV. P. 23, for an Order:

1. Granting final approval to the class action settlement in this action on the terms of the Class Action Settlement Agreement ("Settlement Agreement"), fully executed on September 25, 2023, and previously filed with the Court on September 25, 2023 (ECF No. 153-1);

2. Certifying the Class as defined in the January 11, 2024 Preliminary Approval Order (ECF No. 157);

3. Appointing Plaintiffs as Class Representatives and Plaintiffs' Counsel Capozzi Adler, P.C. as Lead Class Counsel for the Settlement Class and Edelson Lechtzin as Class Counsel Executive Committee Member for the Settlement Class under FED. R. CIV. 23(g);

4. Finding that the manner in which the Settlement Class was notified of the Settlement was the best practicable under the circumstances and adequately informed the

1

Settlement Class members of the terms of the Settlement, how to lodge an objection and obtain additional information; and

5. For such other and further relief as the Court may deem just and proper.

The grounds for this Motion are set forth in the following papers filed contemporaneously herewith:

A. Memorandum of Law in support of Plaintiffs' Motion for Final Approval of Class Action Settlement, Certification of Settlement Class, and Approval of Plan of Allocation; and

B. Declarations of Plaintiffs' Counsel, the Named Plaintiffs, and Settlement/Notice Administrator.

Attached hereto is the proposed Final Approval Order and Judgment in the form agreed to by the Parties.

Dated: April 9, 2024             Respectfully submitted,

**CAPOZZI ADLER, P.C.**

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh, Esquire
(admitted *pro hac vice*)
312 Old Lancaster Road
Merion Station, PA 19066
Tel: (610) 890-0200
Fax: (717) 233-4103
Email: markg@capozziadler.com

Donald R. Reavey, Esquire
(admitted *pro hac vice*)
2933 North Front Street
Harrisburg, PA 17110
Tel.: (717) 233-4101
Fax: (717) 233-4103
Email: donr@capozziadler.com

**EDELSON LECHTZIN LLP**
Eric Lechtzin, Esquire*
Marc H. Edelson, Esquire*
411 S. State Street, Suite N-300
Newtown, PA 18940
Telephone: (215) 867-2399
Email: elechtzin@edelson-law.com

*Attorneys for Plaintiffs, the Plan
and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2024, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

By: /s/ *Mark K. Gyandoh*
     Mark K. Gyandoh, Esq.