UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMANUELE CAROLEO, et al. | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CIVIL ACTION NO.: |
| ESTEE LAUDER, INC, et al. | ) 20-cv-4770 (JLR)(BCM) |
| Defendants. | ) ) ) |

**ORDER AWARDING PLAINTIFFS' COUNSEL ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AND PLAINTIFFS' CASE CONTRIBUTION AWARDS**

This matter having come before the Court on **May 23, 2024**, on the application of Class Counsel for an award of attorneys' fees and reimbursement of expenses incurred in the Action and for Case Contribution Awards for the Named Plaintiffs, having considered all papers filed and proceedings conducted herein, having found the settlement for this Action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefore:

**IT IS HEREBY ORDERED AND ADJUDGED:**

1.  All of the capitalized terms used herein shall have the same meanings as set forth in the Class Action Settlement Agreement ("Settlement Agreement") executed on September 25, 2023, and filed with the Court.

2.  This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Settlement Class.

3.  Plaintiffs' Class Counsel are hereby awarded attorneys' fees of $324,967.50 and reimbursement of expenses in the sum of $83,717.46 (the "Attorneys' Fees and Expenses"), to be paid from the Gross Settlement Amount. The Court finds that the amount of fees awarded is

1

appropriate and that the amount of fees awarded are fair and reasonable given the substantial risks of non-recovery, the time and effort involved, and the result obtained for the Settlement Class.

    4.    Each of the Named Plaintiffs is awarded $10,000 as a Case Contribution Award, as defined in the Settlement Agreement, in recognition of their contributions to this Action.

SO ORDERED this 23rd day of May, 2024.

*Jennifer Rochon*
_____
Hon. Jennifer L. Rochon
United States District Judge